IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| TYRONE NUNN, SR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-cv-0272-TMH |
| ) | WO |
| MYRON H. THOMPSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #10) to the Recommendation of the Magistrate Judge filed on July 2, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #7) filed on June 2, 2010 is adopted;

3. This case is DISMISSED at this time without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 22nd day of September, 2010.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE